**EXHIBIT 1 TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

_____

| | | |
|---|---|---|
| **DAVID S. BENNETT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION FILE NO.** |
| | * | **4:18-CV-00011-HLM-WEJ** |
| **GARY LANGFORD, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## <u>AFFIDAVIT OF GARY LANFORD</u>

Personally appeared before the undersigned attesting officer, duly authorized to administer oaths, Gary Langford, who, after being duly sworn, deposes and states as follows:

### 1.

I am over twenty-one years of age, suffer from no legal disabilities and am otherwise competent to make this Affidavit.

### 2.

I make this Affidavit from my own personal knowledge and for use on behalf of Defendants' in their Motion for Summary Judgment, and for all other purposes allowed by law.

1

**3.**

This affidavit covers the material time regarding the above-captioned action.

**4.**

During all times material to the above-styled action, I was the duly elected and acting Sheriff of Murray County, Georgia.

**5.**

As Sheriff, I am responsible for administering and operating the Murray County Jail ("MCJ").

**6.**

In furtherance of this responsibility, I have established the practices and procedures that govern the employees of the Murray County Sheriff and that govern the operations of the MCJ, including incoming and outgoing mail at the MCJ.

**7.**

As the Murray County Sheriff, I have sole discretion and control over the regulation and conditions of confinement at the MCJ.

**8.**

When I took office as the Murray County Sheriff, I delegated the duties of

jail administration to the Jail Administrator, Captain John Cherry, and my job as Sheriff does not include significant personal interaction with inmates or involvement with the day-to-day operation of the MCJ.

**9.**

Since taking office as the Murray County Sheriff, I have had no personal involvement in monitoring inmates in the MCJ, having delegated inmate monitoring to detention officers.

**10.**

During the year 2017, I, along with Captain Cherry, determined to implement a new inmate mail policy for the MCJ which would limit the form of all incoming and outgoing inmate mail to postcards only.

**11.**

Captain Cherry and I decided to implement the new postcard-only inmate mail policy in order to counteract the mailing of contraband and illicit materials or information to and from the MCJ and to reduce the amount of time deputies working at the MCJ spent searching inmate mail for such contraband.

**12.**

I am the custodian of the records at the office of the Murray County Sheriff,

including those at the Murray County Jail.

**13.**

Attached hereto and made a part hereof as Attachment A is a true and correct copy of the memorandum that was posted in the MCJ setting forth the postcard-only mail policy.

**14.**

The memorandum advised that "[i]ncoming and outgoing mail will be in the form of postcards only…[e]ffective January 1, 2018."

**15.**

The memorandum further instructed individuals desiring to correspond with detainees that the MCJ "will accept post cards only."

**16.**

In September of 2018, Plaintiff was transferred out of my custody to the Whitfield County Jail.

**17.**

Plaintiff then entered the State prison system and is now housed in the Long State Prison.

_____
GARY LANGFORD

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __20__ DAY
OF December, 2018.

_____
NOTARY PUBLIC
_____ COUNTY, GEORGIA
MY COMMISSION EXPIRES:_____

Notary Public. Whitfield County. Georgia
My Commission Expires December 28, 2018

5

EXHIBIT A TO THE AFFIDAVIT OF
GARY LANGFORD

# Effective January 1, 2018

We will no longer accept personal items. Inmates will be able to purchase whites off of commissary.

Incoming and outgoing mail will be in form of postcards only. If you wish to write an inmate we will accept post cards only.