**EXHIBIT 2 TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

_____

| | | |
|---|---|---|
| **DAVID S. BENNETT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION FILE NO.** |
| | * | **4:18-CV-00011-HLM-WEJ** |
| **GARY LANGFORD, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## AFFIDAVIT OF JOHN CHERRY

Personally appeared before the undersigned attesting officer, duly authorized to administer oaths, John Cherry, who, after being duly sworn, deposes and states as follows:

**1.**

I am over twenty-one years of age, suffer from no legal disabilities and am otherwise competent to make this affidavit.

**2.**

I make this affidavit from my own personal knowledge and for use in behalf of Defendants' Motion for Summary Judgment, and for all other purposes allowed by law.

1

**3.**

This affidavit covers the material time regarding the above-captioned action.

**4.**

During all times material to the above-styled action, I worked as the Jail Administrator for Murray County Sheriff Gary Langford, with the rank of Captain.

**5.**

In my capacity as Jail Administrator, I oversaw the day-to-day operations of the of the Murray County Jail ("MCJ").

**6.**

During the year 2017, Sheriff Langford and I determined to implement a new inmate mail policy for the MCJ which would limit the form of all incoming and outgoing inmate mail to postcards only.

**7.**

We decided to implement the new postcard-only inmate mail policy in order to counteract the mailing of contraband and illicit materials or information to and from the MCJ and to reduce the amount of time deputies working at the MCJ spent searching inmate mail for such contraband.

**8.**

During the five-period before establishing the postcard-only inmate mail policy, deputies at the MCJ discovered shipments of tobacco products, pornographic photographs, razor blades, and instructions to inmates to locate hidden contraband within the jail, including sex toys.

**9.**

For example:

On February 18, 2012, a letter was addressed to Skippy Heart Dorm G at the MCJ. Neither a return address nor name were listed on the letter. Inside of the envelop, in a clear plastic sandwich bag was loose leaf tobacco spread flat with the air removed from the bag. This resulted in a slenderer containment believed to be less suspicious of the contraband located inside.

At an unknown date thereafter, a letter was addressed to a female inmate at the MCJ. The letter stated "hopefully those nosey ass pigs want see this. I taped it behind the toilet in man piss room. Let me know if you get it and I want you to enjoy the shape too." Though jailers conducted a search of all restrooms and found no contraband, a cell search revealed a plastic container in the shape of a sex toy as well as a cigar wrapper.

On September 22, 2015, a make-shift envelope was addressed to "Lil Smokes in O Dorm of the Murray County Sheriff's Office" with a return address of "Dem Boys in N Dorm of the Murray County Sheriff's Office." After searching the envelope, deputies uncovered a broken razor blade inside which had been attached to the paper with what appeared to be dried toothpaste. The inside of the envelope contained the message: "remember you owe me."

There have also been numerous incidents of pornographic photos enclosed within letters.

## 10.

Outgoing correspondence from the MCJ poses a direct threat to internal jail security because inmates could potentially write lengthy letters and bury requests for contraband or plans for escape somewhere within the body of the letter to avoid being discovered during the mail screening process.

## 11.

Given the risk for placement of contraband in inmate mail and for hiding instructions for obtaining such materials within lengthy correspondence on letter size paper, one to two deputies were required to conduct thorough daily searches of all incoming and outgoing mail at the MCJ which took at least half an hour, at a

minimum.

**12.**

At some point in late November or early December of 2017, a memorandum providing notice of the new policy and its effective date was posted inside the MCJ for review by inmates housed in the facility. See Affidavit of Gary Langford at Att. A.

**13.**

Since the postcard-only inmate mail policy became effective on January 1, 2018, only one deputy is required to search incoming and outgoing inmate mail on a daily basis.

**14.**

The search now only takes approximately five minutes per day.

**15.**

There have been no reported attempts of smuggling contraband via incoming or outgoing mail since the policy became effective.

**16.**

And, deputies now have more time to perform other necessary duties, including overseeing inmate, performing security checks, overseeing commissary

5

accounts, distributing inmate commissary orders, and accounting for commissary funds.

**17.**

Under the post-card only policy, inmates can still send and receive postcards, speak with persons via telephone, and arrange for visitation. There is no limit to the number of postcards an inmate can send or receive.

_____
JOHN CHERRY

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 20 DAY
OF December, 2018.

_____
NOTARY PUBLIC
_____ COUNTY, GEORGIA
MY COMMISSION EXPIRES:_____

Notary Public, Whitfield County, Georgia
My Commission Expires December 28, 2018

6